B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Middle District of Louisiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Smith, Jeanne Serio** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8805** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10664 Sherrie Lane**<br>**Denham Springs, LA**<br>ZIP Code **70726** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Livingston** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)   Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Smith, Jeanne Serio** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**   **/s/ Derren S. Johnson**     **July 22, 2014** <br>     Signature of Attorney for Debtor(s)     (Date) <br>     **Derren S. Johnson** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)     **Page 3**

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Smith, Jeanne Serio**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Jeanne Serio Smith**
Signature of Debtor **Jeanne Serio Smith**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 22, 2014**
Date

### Signature of Attorney*

**X /s/ Derren S. Johnson**
Signature of Attorney for Debtor(s)

**Derren S. Johnson 14400**
Printed Name of Attorney for Debtor(s)

**Derren S. Johnson & Associates, APLC**
Firm Name

**1200 South Acadian Thruway**
**Baton Rouge, LA 70806**

Address

               Email: derrenjohnson@aol.com
**225-389-9616  Fax: 225-383-4998**
Telephone Number

**July 22, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Middle District of Louisiana

In re  **Jeanne Serio Smith**                                      Case No.
                          Debtor(s)                                Chapter  **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Jeanne Serio Smith**
**Jeanne Serio Smith**

Date: **July 22, 2014**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**(Local Form 1)**

In re  **Jeanne Serio Smith**                                                                                                        Case No.
                                                    Debtor(s)

## MAILING LIST

### Verification

Penalties for making a false statement or for concealing property are a fine of up to $5000.00 or imprisonment for up to five (5) years, or both. (18 U.S.C. §152 and 3571).

### DECLARATION

**We declare under penalty of perjury that the foregoing mailing list, comprising  10  pages, is true and correct. Signed on  July 22, 2014  .**

Signed:     **/s/ Jeanne Serio Smith**
            **Jeanne Serio Smith**
            (DEBTOR)

Signed:     **/s/ Derren S. Johnson**
            **Derren S. Johnson**
            **Derren S. Johnson & Associates, APLC**
            **1200 South Acadian Thruway**
            **Baton Rouge, LA 70806**
            Telephone: **225-389-9616**
            Facsimile: **225-383-4998**
            E-Mail: **derrenjohnson@aol.com**
            (ATTORNEY FOR THE DEBTOR)

```
Ally
P.O. Box 380901
Minneapolis MN 55438


Amerigas
7263 Scenic Hwy
Baton Rouge LA 70807


AT&T
419 S. Range Ave.
Denham Springs LA 70726


AT&T Uverse
P.O. Box 5014
Carol Stream IL 60197


Atlas Feed Mill
816 Grant Ave.
Breaux Bridge LA 70517


B&C Sheet Metal, Inc.
530 Florida Ave. SE
Denham Springs LA 70726


Baker Police Department
1320 Alabama St
Baker LA 70714


Barbara Serio
405 Ascot Court
Bossier City LA 71111


Barclay's Bank
P.O. Box 8803
Wilmington DE 19899


Bengal Products, Inc.
13739 Airline Hwy.
Baton Rouge LA 70817


Blue Cross Blue Shield of LA
P.O. Box 98029
Baton Rouge LA 70898
```

Bonnie Plants Farm
1727 Hwy. 223
Union Springs AL 36089


Breyer Animal Creations
Div. of Reeves International, Inc.
14 Industrial Rd.
Pequannock NJ 07440

BWI Companies
6013 N. McRaven Road
Jackson MS 39209


California Hay Company
2401 Belt Line Rd.
Grand Prairie TX 75050


CAN Capital
414 W. 14th Street
3rd Floor
New York NY 10014

Cargill Animal Nutrition
16 Feed Mill Rd.
Lecompte LA 71346


Cargill, Inc.
Nutrena Feeds
P.O. Box 9300
Minneapolis MN 55440

Central Oil & Supply
2775 North Flannery Rd.
Baton Rouge LA 70814


Certified Alarm Systems
1113 Florida Ave.
Denham Springs LA 70726


Chase Bank
P.O. Box 15129
Wilmington DE 19850


Chem-Tac
P.O. Box 1009
Fredericksburg TX 78624

Chrome Shop Mafia
4581 S. Hwy. 43
Joplin MO 64804


Circle E Candles
4181 E. US Hwy. 290
Fredericksburg TX 78624


Citibank
P.O. Box 183037
Columbus OH 43218


Coca-Cola Bottling Company
9696 Plank Rd.
Baton Rouge LA 70811


Davis Gates Distributing
PO Box 100
Dunnville KY 42528


Davis Kill-A-Bug
10135 Mammoth Ave.
Baton Rouge LA 70814


Denham Springs Animal Hospital
8073 Florida Blvd.
Denham Springs LA 70726


Denham Springs Radiator & Glass
125 S. Range Ave.
Denham Springs LA 70726


Dodge City Farm Supply, Inc.
101 Hatchell Lane
Denham Springs LA 70726


Dodge City Veterinary
102 Hatchell Lane
Denham Springs LA


Doug Dorhauser
8939 Jefferson Hwy.
Suite B
Baton Rouge LA 70809

```
Draper Hay Company
1530 Jean Street
Vernon TX 76384


Entergy
P.O. Box 8108
Baton Rouge LA 70891


Fayard & Honeycutt, APC
519 Florida Ave.
Denham Springs LA 70726


Ferrellgas
12537 Airline Hwy.
Baton Rouge LA 70817


FIA Card Services
P.O. Box 15796
Wilmington DE 19886


Fleetcor
5445 Triangle Parkway
Suite 400
Norcross GA 30092

GM Varnado & Sons, Inc.
7659 Airline Hwy.
Baton Rouge LA 70814


Henchy, Verbois & Hackenberg, LLC
7904 Wrenwood Blvd.
Suite C
Baton Rouge LA 70809

Holmes Building Materials
1102 Florida Blvd. SE
Denham Springs LA 70726


House Account Funding
2001 Route 46
Suite 310
Parsippany NJ 07054

Howard Betz
5140 Jones Creek Rd.
Baton Rouge LA 70817
```

Ideal Poultry
P.O. Box 591
Cameron TX 76520


Information System Service, LLC
2041 Florida Blvd. SW
Suite A
Denham Springs LA 70726

Internal Revenue Service
PO Box 7346
Philadelphia PA 19114-0326


Jerry Riles & Associates
20108 Plank Rd.
Zachary LA 70791


Jesse Curtis
Twin Oaks Farm
36930 Twin Oaks Farm Rd.
Denham Springs LA 70706

Jessie Wheat Coastal Hay
22835 LA Hwy. 16
Denham Springs LA 70726


Jimmy B. Smith, Jr.
34255 Cane Market Rd.
Walker LA 70785


Kentwood Co-Op
501 Railroad Ave.
Kentwood LA 70444


LA Dept. of Motor Vehicles
P.O. Box 64886
Baton Rouge LA 70896


Lard Oil Co.
914 Florida Ave. SW
Denham Springs LA 70726


Livingston Parish School Board
Sales Tax Department
P.O. Box 1030
Livingston LA 70754-1030

Livingston True Value & Farm Supply
14116 Florida Blvd.
Livingston LA 70754


Lone Star Pet Supply, Inc.
17414 Triton Drive
Schertz TX 78154


Louisiana Workforce Commission
P.O. Box 94186
Baton Rouge LA 70804


Magnolia Electrical Services
23732 Joe May Rd.
Denham Springs LA 70726


Mary Smith
7506 Pine Bluff Road
Denham Springs LA 70726


Mid America Pet Food
Victor Dog Foods
P.O. Box 532
Mount Pleasant TX 75456

Nelson Service Company
2450 Florida Blvd. SW
Denham Springs LA 70726


Nestle
Purina Petcare Co.
P.O. Box 1326
Wilkes Barre PA 18703

New York Life
P.O. Box 742525
Cincinnati OH 45274


Newton Brothers Diesel Service
Truck Repair
33543 LA Hwy. 16
Denham Springs LA 70706

Old Time Farm Supply
13218 Hwy 44
Gonzales LA 70737

Orgill, Inc.
3742 Tyndale Dr.
Memphis TN 38125


Ozark Leather Company
3000 Dutton Ave.
Waco TX


Peterbilt of Baton Rouge
16310 Commercial Ave.
Baton Rouge LA 70816


Priefert Manufacturing
P.O. Box 1540
Mount Pleasant TX 75456


Propane Industrial Gasses
2020 N. 3rd St.
Baton Rouge LA 70802


Ragan & Massey, Inc.
101 Ponchatoula Pkwy.
Ponchatoula LA 70454


Robinson Fence Company
17487 Florida Blvd.
Baton Rouge LA 70819


S&S Farms
14130 Hwy 450
Franklinton LA 70438


Sam's Club
P.O. Box 965004
Orlando FL 32896


Scott Fence USA, LLC
245 Highlandia Dr.
Baton Rouge LA 70810


Shoppers Charge Account 904
1000 MacArthur Blvd.
Mahwah NJ 07430

Sidney M. Hood
19265 Lod Stafford Rd.
Walker LA 70785


Southern Livestock Supply Co.
7333 Town South Ave.
Baton Rouge LA 70808


Staci A. White
34255 Cane Market Rd.
Walker LA 70785


State Farm Bank
P.O. Box 5961
Madison WI 53705


State Farm Insurance Company
One State Farm Plaza
Bloomington IL 61710


Sullivan's Ace Hardware
8889 Sullivan Rd.
Baton Rouge LA 70818


Suncoast Bedding
Agri-Products, Inc.
2935 Kevvy Forest Pkwy.
Tallahassee FL 32309

Superior Equipment
8920 Eagle Dr.
Denham Springs LA 70706


Taylor Brands, LLC
1043 Fordtown Rd.
Kingsport TN 37663


Texas Farm Products Co.
915 South Fredonia Street
Nacogdoches TX 75964


The Home Depot
P.O. Box 6497
Sioux Falls SD 57117

Triple A Rent All
905 Florida Ave. SE
Denham Springs LA 70706


Volkwagen Credit
P.O. Box 7498
Libertyville IL 60048


VPG
230 FM87
Bonham TX 75418


Wayne Wardrip Gates
6780 KY Hwy 198
Hustonville KY 40437


Whitney Bank
523 Florida Blvd.
Denham Springs LA 70726


Whitney Bank
PO Box 4019
Gulfport MS 39502


Whitney Bank
P.O. Box 591
Baton Rouge LA 70821


Wynnco Construction, LLC
721 Edy Rd.
Amite LA 70422


Internal Revenue Service
District Counsel
P.O. Box 30509
New Orleans LA 70190

Internal Revenue Service
District Counsel
P.O. Box 30509
New Orleans LA 70190

Louisiana Department of Revenue
P.O. Box 66658
Baton Rouge LA 70896

```
Office of the U.S. Attorney
777 Florida Street, Suite 208
Baton Rouge LA 70801


Office of the US Trustee, Region V
400 Poydras Street, Suite 2110
New Orleans LA 70130
```