```
Case 14-10917   Doc 8-1   Filed 07/23/14   Entered 07/23/14 09:20:20   Desc Ch13
                First Mtg: Notice Recipients   Page 1 of 2
```

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 053N–3 | User: rcal | Date Created: 7/23/2014 |
| Case: 14–10917 | Form ID: B9I | Total: 104 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Jeanne Serio Smith | 10664 Sherrie Lane | Denham Springs, LA 70726 |
| tr | Annette C. Crawford | P.O. Box 64868 | Baton Rouge, LA 70806 |
| aty | Derren S. Johnson | 1200 South Acadian Thruway | Baton Rouge, LA 70806 |
| 1660973 | AT | 419 S. Range Ave. | Denham Springs LA 70726 |
| 1660974 | ATTUverse | P.O. Box 5014 | Carol Stream IL 60197 |
| 1660971 | Ally | P.O. Box 380901 | Minneapolis MN 55438 |
| 1660972 | Amerigas | 7263 Scenic Hwy | Baton Rouge LA 70807 |
| 1660975 | Atlas Feed Mill | 816 Grant Ave. | Breaux Bridge LA 70517 |
| 1660976 | BCSheet Metal, Inc. | 530 Florida Ave. SE | Denham Springs LA 70726 |
| 1660984 | BWI Companies | 6013 N. McRaven Road | Jackson MS 39209 |
| 1660977 | Baker Police Department | 1320 Alabama St | Baker LA 70714 |
| 1660978 | Barbara Serio | 405 Ascot Court | Bossier City LA 71111 |
| 1660979 | Barclay's Bank | P.O. Box 8803 | Wilmington DE 19899 |
| 1660980 | Bengal Products, Inc. | 13739 Airline Hwy. | Baton Rouge LA 70817 |
| 1660981 | Blue Cross Blue Shield of LA | P.O. Box 98029 | Baton Rouge LA 70898 |
| 1660982 | Bonnie Plants Farm | 1727 Hwy. 223 | Union Springs AL 36089 |
| 1660983 | Breyer Animal Creations | Div. of Reeves International, Inc. | 14 Industrial Rd. Pequannock NJ 07440 |
| 1660986 | CAN Capital | 414 W. 14th Street 3rd Floor | New York NY 10014 |
| 1660985 | California Hay Company | 2401 Belt Line Rd. | Grand Prairie TX 75050 |
| 1660987 | Cargill Animal Nutrition | 16 Feed Mill Rd. | Lecompte LA 71346 |
| 1660988 | Cargill, Inc. | Nutrena Feeds P.O. Box 9300 | Minneapolis MN 55440 |
| 1660989 | Central Oil &Supply | 2775 North Flannery Rd. | Baton Rouge LA 70814 |
| 1660990 | Certified Alarm Systems | 1113 Florida Ave. | Denham Springs LA 70726 |
| 1660991 | Chase Bank | P.O. Box 15129 | Wilmington DE 19850 |
| 1660992 | Chem–Tac | P.O. Box 1009 | Fredericksburg TX 78624 |
| 1660993 | Chrome Shop Mafia | 4581 S. Hwy. 43 | Joplin MO 64804 |
| 1660994 | Circle E Candles | 4181 E. US Hwy. 290 | Fredericksburg TX 78624 |
| 1660995 | Citibank | P.O. Box 183037 | Columbus OH 43218 |
| 1660996 | Coca–Cola Bottling Company | 9696 Plank Rd. | Baton Rouge LA 70811 |
| 1660997 | Davis Gates Distributing | PO Box 100 | Dunnville KY 42528 |
| 1660998 | Davis Kill–A–Bug | 10135 Mammoth Ave. | Baton Rouge LA 70814 |
| 1660999 | Denham Springs Animal Hospital | 8073 Florida Blvd. | Denham Springs LA 70726 |
| 1661000 | Denham Springs Radiator &Glass | 125 S. Range Ave. | Denham Springs LA 70726 |
| 1661001 | Dodge City Farm Supply, Inc. | 101 Hatchell Lane | Denham Springs LA 70726 |
| 1661002 | Dodge City Veterinary | 102 Hatchell Lane | Denham Springs LA |
| 1661003 | Doug Dorhauser | 8939 Jefferson Hwy. Suite B | Baton Rouge LA 70809 |
| 1661004 | Draper Hay Company | 1530 Jean Street | Vernon TX 76384 |
| 1661005 | Entergy | P.O. Box 8108 | Baton Rouge LA 70891 |
| 1661008 | FIA Card Services | P.O. Box 15796 | Wilmington DE 19886 |
| 1661006 | Fayard &Honeycutt, APC | 519 Florida Ave. | Denham Springs LA 70726 |
| 1661007 | Ferrellgas | 12537 Airline Hwy. | Baton Rouge LA 70817 |
| 1661009 | Fleetcor | 5445 Triangle Parkway Suite 400 | Norcross GA 30092 |
| 1661010 | GM Varnado &Sons, Inc. | 7659 Airline Hwy. | Baton Rouge LA 70814 |
| 1661011 | Henchy, Verbois &Hackenberg, LLC | 7904 Wrenwood Blvd. Suite C | Baton Rouge LA 70809 |
| 1661012 | Holmes Building Materials | 1102 Florida Blvd. SE | Denham Springs LA 70726 |
| 1661013 | House Account Funding | 2001 Route 46 Suite 310 | Parsippany NJ 07054 |
| 1661014 | Howard Betz | 5140 Jones Creek Rd. | Baton Rouge LA 70817 |
| 1661015 | Ideal Poultry | P.O. Box 591 | Cameron TX 76520 |
| 1661016 | Information System Service, LLC | 2041 Florida Blvd. SW Suite A | Denham Springs LA 70726 |
| 1661067 | Internal Revenue Service | District Counsel P.O. Box 30509 | New Orleans LA 70190 |
| 1661068 | Internal Revenue Service | District Counsel P.O. Box 30509 | New Orleans LA 70190 |
| 1661017 | Internal Revenue Service | PO Box 7346 | Philadelphia PA 19114–0326 |
| 1661018 | Jerry Riles &Associates | 20108 Plank Rd. | Zachary LA 70791 |
| 1661019 | Jesse Curtis | Twin Oaks Farm 36930 Twin Oaks Farm Rd. | Denham Springs LA 70706 |
| 1661020 | Jessie Wheat Coastal Hay | 22835 LA Hwy. 16 | Denham Springs LA 70726 |
| 1661021 | Jimmy B. Smith, Jr. | 34255 Cane Market Rd. | Walker LA 70785 |
| 1661022 | Kentwood Co–Op | 501 Railroad Ave. | Kentwood LA 70444 |
| 1661023 | LA Dept. of Motor Vehicles | P.O. Box 64886 | Baton Rouge LA 70896 |
| 1661024 | Lard Oil Co. | 914 Florida Ave. SW | Denham Springs LA 70726 |
| 1661025 | Livingston Parish School Board | Sales Tax Department P.O. Box 1030 | Livingston LA 70754–1030 |
| 1661026 | Livingston True Value &Farm Supply | 14116 Florida Blvd. | Livingston LA 70754 |
| 1661027 | Lone Star Pet Supply, Inc. | 17414 Triton Drive | Schertz TX 78154 |
| 1661069 | Louisiana Department of Revenue | P.O. Box 66658 | Baton Rouge LA 70896 |
| 1661028 | Louisiana Workforce Commission | P.O. Box 94186 | Baton Rouge LA 70804 |
| 1661029 | Magnolia Electrical Services | 23732 Joe May Rd. | Denham Springs LA 70726 |
| 1661030 | Mary Smith | 7506 Pine Bluff Road | Denham Springs LA 70726 |

| | | | | |
|---|---|---|---|---|
| 1661031 | Mid America Pet Food | Victor Dog Foods | P.O. Box 532 | Mount Pleasant TX 75456 |
| 1661032 | Nelson Service Company | 2450 Florida Blvd. SW | Denham Springs LA 70726 | |
| 1661033 | Nestle | Purina Petcare Co. | P.O. Box 1326 | Wilkes Barre PA 18703 |
| 1661034 | New York Life | P.O. Box 742525 | Cincinnati OH 45274 | |
| 1661035 | Newton Brothers Diesel Service | Truck Repair | 33543 LA Hwy. 16 | Denham Springs LA 70706 |
| 1661070 | Office of the U.S. Attorney | 777 Florida Street, Suite 208 | Baton Rouge LA 70801 | |
| 1661071 | Office of the US Trustee, Region V | 400 Poydras Street, Suite 2110 | New Orleans LA 70130 | |
| 1661036 | Old Time Farm Supply | 13218 Hwy 44 | Gonzales LA 70737 | |
| 1661037 | Orgill, Inc. | 3742 Tyndale Dr. | Memphis TN 38125 | |
| 1661038 | Ozark Leather Company | 3000 Dutton Ave. | Waco TX | |
| 1661039 | Peterbilt of Baton Rouge | 16310 Commercial Ave. | Baton Rouge LA 70816 | |
| 1661040 | Priefert Manufacturing | P.O. Box 1540 | Mount Pleasant TX 75456 | |
| 1661041 | Propane Industrial Gasses | 2020 N. 3rd St. | Baton Rouge LA 70802 | |
| 1661042 | Ragan &Massey, Inc. | 101 Ponchatoula Pkwy. | Ponchatoula LA 70454 | |
| 1661043 | Robinson Fence Company | 17487 Florida Blvd. | Baton Rouge LA 70819 | |
| 1661044 | SSFarms | 14130 Hwy 450 | Franklinton LA 70438 | |
| 1661045 | Sam's Club | P.O. Box 965004 | Orlando FL 32896 | |
| 1661046 | Scott Fence USA, LLC | 245 Highlandia Dr. | Baton Rouge LA 70810 | |
| 1661047 | Shoppers Charge Account 904 | 1000 MacArthur Blvd. | Mahwah NJ 07430 | |
| 1661048 | Sidney M. Hood | 19265 Lod Stafford Rd. | Walker LA 70785 | |
| 1661049 | Southern Livestock Supply Co. | 7333 Town South Ave. | Baton Rouge LA 70808 | |
| 1661050 | Staci A. White | 34255 Cane Market Rd. | Walker LA 70785 | |
| 1661051 | State Farm Bank | P.O. Box 5961 | Madison WI 53705 | |
| 1661052 | State Farm Insurance Company | One State Farm Plaza | Bloomington IL 61710 | |
| 1661053 | Sullivan's Ace Hardware | 8889 Sullivan Rd. | Baton Rouge LA 70818 | |
| 1661054 | Suncoast Bedding | Agri−Products, Inc. | 2935 Kevvy Forest Pkwy. | Tallahassee FL 32309 |
| 1661055 | Superior Equipment | 8920 Eagle Dr. | Denham Springs LA 70706 | |
| 1661056 | Taylor Brands, LLC | 1043 Fordtown Rd. | Kingsport TN 37663 | |
| 1661057 | Texas Farm Products Co. | 915 South Fredonia Street | Nacogdoches TX 75964 | |
| 1661058 | The Home Depot | P.O. Box 6497 | Sioux Falls SD 57117 | |
| 1661059 | Triple A Rent All | 905 Florida Ave. SE | Denham Springs LA 70706 | |
| 1661061 | VPG | 230 FM87 | Bonham TX 75418 | |
| 1661060 | Volkwagen Credit | P.O. Box 7498 | Libertyville IL 60048 | |
| 1661062 | Wayne Wardrip Gates | 6780 KY Hwy 198 | Hustonville KY 40437 | |
| 1661063 | Whitney Bank | 523 Florida Blvd. | Denham Springs LA 70726 | |
| 1661065 | Whitney Bank | P.O. Box 591 | Baton Rouge LA 70821 | |
| 1661064 | Whitney Bank | PO Box 4019 | Gulfport MS 39502 | |
| 1661066 | Wynnco Construction, LLC | 721 Edy Rd. | Amite LA 70422 | |

TOTAL: 104