UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

In RE: Jeanne Smith                                                     Case No: 14-10917

## Domestic Support Information

1) How many minor children does debtor-one have and where do the children reside?

| List by age | Does Child Reside With Debtor-One (Y/N) | If No, Amount of Monthly Child Support Due | Arrearages |
|---|---|---|---|
| 14 | Y | $ — | $ — |
| 12 | Y | $ — | $ — |
|  |  | $ | $ |
|  |  | $ | $ |

2) List the name, address, and phone number of the guardian for all minor children listed in item one that do not live with the debtor. Include any person or state agency that debtor is ordered to pay child support to, as well as any person who has custody of the children if other than debtor, regardless of whether there is a child support court order.

Name _____   Name _____   Name _____
Address _____   Address _____   Address _____

Phone _____   Phone _____   Phone _____

3) Does Debtor-One owe alimony or maintenance to a spouse, former spouse, or a child's guardian in addition to child support? If yes, provide name, address and phone number of party to whom payment is due: _____

4) How many minor children does debtor-two have and where do the children reside?

| List by age | Does Child Reside With Debtor-One (Y/N) | If No, Amount of Monthly Child Support Due | Arrearages |
|---|---|---|---|
| N/A |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

5) List the name, address, and phone number of the guardian for all minor children listed in item one that do not live with the debtor. Include any person or state agency that debtor is ordered to pay child support to, as well as any person who has custody of the children if other than debtor, regardless of whether there is a child support court order.

Name _____   Name _____   Name _____
Address _____   Address _____   Address _____

Phone _____   Phone _____   Phone _____

6) Does Debtor-Two owe alimony or maintenance to a spouse, former spouse, or a child's guardian in addition to child support? If yes, provide name, address and phone number of party to whom payment is due:

I declare under penalty of perjury that the information contained above is true and correct.

Date: 7/21/14                  Signature /s/ Jeanne Smith  _Jeanne D. Smith_
                                          Jeanne Smith