**DECLARATIONS**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

18-E3-2417-7          **Policy Number**

**Named Insured and Mailing Address**
SMITH, JIMMY JR & JEANNE
10664 SHERRIE LN
DENHAM SPGS, LA 70726-6032

Coverage afforded by this policy is provided by:

STATE FARM FIRE AND CASUALTY COMPANY
12222 STATE FARM BOULEVARD
TULSA OK   74146

A Stock Company with Home Offices in Bloomington, Illinois.

---

The Policy Period begins and ends at 12:01 a.m. Standard Time at the residence premises.

01/06/2014  **Effective Date**
            **12months-Policy Period**
01/06/2015  **Expiration of Policy Period**

**Limit of Liability - Section 1**
$   185,600    Dwelling (Coverage A)

**Policy Type**
Homeowners Policy
  Dwell Repl Cost - Similar Construction
  Increase Dwlg Up to $37,120 - Option ID

**Location of Premises**
10664 SHERRIE LN
DENHAM SPGS, LA 70726-6032

**Automatic Renewal** - If the **Policy Period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

**Deductibles - Section 1  1%/$1856**
ALL LOSSES     In case of loss under this policy, the deductible will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to your policy.

   5.00%  HURR 9280

**Policy Premium     $1,437.13**

**Forms, Options, & Endorsements**

| | | | |
|---|---|---|---|
| FP-7955 | HOMEOWNERS POL | LSP A1 | SMLR CONST-A |
| LSP B1 | LMT RPLC COST-B | OPT ID | COV A-INCR DWLG |
| OPT OL | BLD ORD/LAW-10% | FE-5706.3 | LIMITED BACKUP |
| FE-5494.1 | HURR DUR DED | FE-3461 | HO-W POL END |
| FE-2346 | AMENDATORY END | | |

**Mortgagee**
STATE FARM BANK, FSB
PO BOX 2325
BLOOMINGTON, IL 61702-2325

Loan Number:

**Agent Name & Address**
WILCOX INSURANCE AGENCY
206 S RANGE AVE
DENHAM SPRINGS, LA
70726-3601  (225)664-3336

Prepared:   June 18, 2014

559-916.5

2038
Agent's Code
**MORTGAGEE COPY**